# DECISIONS OF APPELLATE COURT ORDERED PUBLISHED IN ABSTRACT FORM.

## First District.

Donald W. Anderson by August W. Anderson, appellee, v. Peter J. Karstens, appellant. Gen. No. 25,018.

Donald W. Anderson, appellant, v. Peter J. Karstens, appellee. Gen. No. 26,076.

Action for damages for personal injuries from an explosion in a public alley. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed with finding of fact. Opinion filed October 4, 1921.

Harry A. Biossat and Frank L. Boyd, for appellant. Harris F. Williams, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Donald W. Anderson by August W. Anderson, appellant, v. Peter J. Karstens, appellee. Gen. No. 26,076.

Action for damages for personal injuries to a boy from an explosion in a public alley. Amendment to bill of exceptions allowed. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 4, 1921.

Harris F. Williams, for appellant; Cyrus Heren, of counsel. Harry A. Biossat, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Charles S. Griffith, appellee, v. Chicago City Railway Company et al., operating under name of Chicago Surface Lines, appellants. Gen. No. 26,054.

Action for damages for personal injuries resulting from a collision between plaintiff's automobile and defendant's street car. Verdict and judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed with finding of facts. Opinion filed October 4, 1921.

Charles LeRoy Brown, for appellants; John R. Guilliams and Robert J. Slater, of counsel. John E. Northup, John G. Carter and Kenneth B. Hawkins, for appellee; Kenneth B. Hawkins, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

## (625)